

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:** 5/8/2026

PARTNER

May 7, 2026

**VIA ECF**
The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *KRE8 360 LLC, et al. v. Exhibition Hub, Inc., et al.*, No. 1:26-cv-03675-VM

Dear Judge Marrero:

We represent Defendants Exhibition Hub, Inc. d/b/a Exhibition Hub US Corporation, Exhibition Hub US Holdings, LLC and Hamza El Azhar ("Defendants") in the above-referenced civil action.  Pursuant to Rules I(A) and (G) of Your Honor's Individual Practices, with the consent of Plaintiffs KRE8 360, LLC and John Zaller ("Plaintiffs"), Defendants respectfully request that the Court extend Defendants' deadline to answer, move against, or otherwise respond to Plaintiffs' Complaint by forty (40) days, from May 11, 2026 to June 22, 2026.[1]

This is the first request for such relief.  The requested extension does not affect any other scheduled dates in this matter because the Court has not entered any scheduling order at this time.

For the foregoing reasons, Defendants respectfully request that the Court grant the relief requested herein.

Respectfully submitted,

Cameron S. Reuber

cc: Counsel for all parties (via electronic mail)

> **Request GRANTED.**
>
> The Court **GRANTS** Defendants' request to extend the deadline to answer, move against, or otherwise respond to Plaintiffs' Complaint to June 22, 2026.
>
> **SO ORDERED.**
>
> 5/8/2026
> DATE          VICTOR MARRERO, U.S.D.J.

---

[1] Adjusted from June 20, 2026, a Saturday, pursuant to Fed. R. Civ. P. 6(a)(2)(C).